HOLME ROBERTS & OWEN LLP
Dawniell Zavala (State Bar No. 253130)
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999
email: dawniell.zavala@hro.com

Attorney for Plaintiffs

LAFACE RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, *et al.*, | Case No.: 3:08-cv-04352-SC |
| Plaintiffs, | Honorable Samuel Conti |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| JOHN DOE, | |
| Defendant. | |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID # 165334017 with IP address
4  169.229.119.55 2008-04-04 22:58:44 EDT, each party to bear its/her own fees and costs.  The
5  Clerk of Court is respectfully requested to close this case.

Dated:  November 5, 2008                            HOLME ROBERTS & OWEN LLP

                                                    By    */s/ Dawniell Zavala*
                                                          Dawniell Zavala
                                                          Attorney for Plaintiffs
                                                          LAFACE RECORDS LLC; UMG
                                                          RECORDINGS, INC.; SONY BMG
                                                          MUSIC ENTERTAINMENT; and
                                                          ARISTA RECORDS LLC



1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-04352-SC
#40883 v1 saf